

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

CITY District of BALTIMORE

BALTIMORE CITY Division

Bro Stephen Michael EL-Bey UCC1-103, UCC-207.
UCC 1-308

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional*
6630 Baltimore Nat'l Pike Suite 208
Baltimore, MD 21228
Howard Levin, President
410-719-0100 Office
800-869-3200 Office Toll Free
www.poeknows.com
howard@poeknows.com

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. ___GLR 26-cv-1384___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

.Y

_____ FILED
_____ LOGGED
_____ ENTERED
_____ RECEIVED

APR 8 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Bro Stephen Michael EL-Bey |
| Address | 808 Gleneagles Coutt Unit 42234 AND UNIT # 1 |
| | Towson                      MD          21286 |
| | *City*            *State*      *Zip Code* |
| County | TOWSON |
| Telephone Number | 410 800 6898    410 258 7748 |
| E-Mail Address | smcgowens@aol.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | S. BROWN |
| Job or Title *(if known)* | |
| Address | 5305 MORAVIA ROAD |
| | BALTIMORE                   MD          21206 |
| | *City*            *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity      ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MICHELL LEE IMC, |
| Job or Title *(if known)* | |
| Address | 5305 MORAVIA ROAD |
| | BALTIMORE                   MD          21206 |
| | *City*            *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity      ☐ Official capacity

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                            MASHA CHANEY

Job or Title *(if known)*

Address                         5305 MORAVIA ROAD

BALTIMORE                       MD              21206
_City_                          _State_         _Zip Code_

County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity     ☐ Official capacity

Defendant No. 4

Name                            PARKSIDE GARDEN APARTMENTS

Job or Title *(if known)*       OWNERS

~~Address~~                     5305 MORAVIA ROAD

BALTIMORE                       MD              21206
~~City~~                        _State_         _Zip Code_

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

TREASON UNDER TITLE 18 PART ONE CHAPTER 115 & 2381 OF THE UNITED STATE REPUBLIC CONSTITUTION ARTICLE 2 SECION 5 AND ARTICLE 3 SECTION 3 SUPPORTED BY THE UNITED STATES CODE. PERJURY, FOR LYING UNDER OATH ABOUT THE MATERIAL FACTS OF THE CONTRACT OF WHICH BOTH VIOLATION OF TITLE 18 PART ONE CHAPTER 13 SECTION 241 PARKSIDE GARDEN STAFF MEMBERS CONSPIRED TO INJURE OPPRESS THREATEN ⊞

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson MD 21286

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

TREASON UNDER TITLE 18 PART ONE CHAPTER 115 & 2381 OF THE UNITED STATE REPOB;IC CONSTITUTION ARTICLE 2 SECION 5 AND ARTICLE 3 SECION 3 SUPPORTED BY THE UNITED STATES CODE. PERJURY, FOR LYING UNDER OATHABOUT THE MATERIAL FACTS OF THE CONTRACT OF BOTH OF MY VEHICLES, VIOLATION OF TITLE 18 PART ONE CHAPTER 13 SECTION 241 VOLKSWAGEN CONSPIRED TO INJURE OPPRESS THREATEN INTIMIDATE ⊞

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

TREASON UNDER TITLE 18 PART ONE CHAPTER 115 & 2381 OF THE UNITED STATE REPOBLIC CONSTITUTION ARTICLE 2 SECION 5 AND ARTICLE 3 SECION 3 SUPPORTED BY THE UNITED STATES CODE. PERJURY, FOR LYING UNDER OATHABOUT THE MATERIAL FACTS OF THE CONTRACT OF BOTH OF MY VEHICLES, VIOLATION OF TITLE 18 PART ONE CHAPTER 13 SECTION 241 PARKSIDE GARDEN APPARTMENTS CONSPIRED TO INJURE OPPRESS AND ⊞

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

5305 PARKSIDE APARTMENT BALTIMORE MARYLAND 21206 THE DEFENDENTS MADE FALSE MISREPRESENTATION AND LIED ABOUT RENTING ME AN APPARTMENT KNOWING THAT THEY WERE GOING TO TURN ME DOWN BECAUSE OF MY AGE. THE DEFENDENT MADE MISREPRESENTATION OF MATERIAL FACTS TO THE TRANSACTION AND MADE MISREPRESENTATION WITH MALICEWITH THE KNOWLEDGE THAT THEM LETTING ME RENT ⊞

B.   What date and approximate time did the events giving rise to your claim(s) occur?
MY BIRTH DAY FEBUARY 4 2026 NOON DAY

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WENT IN FOR THE INTERVIEW AND S. BROWN WANTED MY CREDIT REPORT AND VIOLATED MY BIRTH RIGHTS AND CIVIL RIGHTS BY VIOLATING TELLING ME THAT THE ONLY WAY THAT I WOULD BE ABLE TO APPLY WAS IF I GAVE THEM MY SOCIAL SECURTY NUMBER WHICH VIOLATES The Privacy Act of 1974 (5 U.S.C. § 552a), applicable to the Social Security Administration (.gov) (SSA), safeguards personal information by regulating how federal agencies collect, maintain, use, and disseminate records. It grants individuals the right to access, review, and amend their own records, while restricting the disclosure of personal data to third parties without consent TO WHICH I DID NOT CONSENT TO AND SAID THAT IF I WAS BEING DISCRIMINATED BY THEM I WOULD WANT MY APPLICATION FEES BACK AND WANTED TO BE COMPENSATED FOR MY TIME BEING WAISTED FILLING OUT THIER PAPER WORK.

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FACITIOUS DISORDER, HALLUCINOGEN RELATED DISORDER, MAJOR DEPRESIVE DISORDER, EATING DISOREDR, ELIMINATION DISORDER, DELIRIUM, DEMNTIA, DEPRESSIVE DISORDER BIPLAR AND CONDUCT DISORDER, CONVERSATION DISORDER ETC JUST SICK IN TIER OF BEING SICK INTIERD OF BE JUST GOT OVER ON NOT BEING ABLE TO DRIVE BEING ON COMPLETE DIS ABILLITY FOR 13 YEARS BEING VIOLATED MAKING ME TAKE ALL OF MY 6 BAGS OF CLOTHING OUT OF MY VEHICLE PLACING MY LIFE LONG BELONGING ON THE STREET OUTSIDE OF THE VOLKSWAGEN DEALERSHIP ON THAT FEBUARY 13 2025 HAVE TO CALL Y UBER VAN TO TALK ALL OF MY BELONGINGS OUT AND IN TO A HOLTEL AT $ 1500 DOLLARS A MONTH SO THIS IS THE JURIES THAT THESE POELE PLACE ON ME FOR GOING ON ONE YEAR NOW AND THIS HOW LONG THIS HAS TAKEN ME TO COME TO THIS RELIZATION TO WRITE THIS LAW SUIT UP, THESE DEFENDENTS MADE FALSE MISREPRESENTATIONS AND LIED, MADE FALSE CONTRACTS MISREPRESENTATIONS IS MATERIAL TO THE TRANSACTIONS WITH MALICE WITH THE KNOWLEDGE THAT DEFENDENTS STATES WAS FALSE AND MADE THIER WITH A RECKLESS DISREGARD AS TO THE VERACITY OF THIER STATEMENTS WITH THE INTENTIONS OF INDUCINGB ME INTO ENTERING INTO A FAUD FALSE CONTRACT WHEN ALSO RELING ON THIER MISREPRESENTATION AND LIED ON THE PROOXMATE CAUSE FOR CAUSING MY INJURIES AND MAKING THESE FRAUDULENT MISREPRESENTION IN THIESE CIVIL OFFENCES THAT RESULTED INN MY DAMAGES.

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        02/13/2026

Signature of Plaintiff    *Bro Stephen Michael EL-Bey*

Printed Name of Plaintiff    Bro Stephen Michael EL-Bey

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234